IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALEXANDER J. DELISO**                                                                 **PLAINTIFF**

v.                                      **Case No. 4:25-CV-00310-JM**

**DOES**                                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 2nd day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE